[23] La. Code Crim.P. art. 228 provides for the booking of an arrested person. The article states in pertinent part: "A person is booked by an entry, in a book kept for that purpose, showing his name and address, the offense charged against him, by whom he was arrested, . . . ." (Emphasis added). Therefore, when the legislature passed the act in 1978 (La.R.S. 13:1570
A(5)), *West Page 1133 
providing that "[w]ho violates any law or ordinance, except a child who, after having become fifteen years of age, is charged with having committed a capital crime, or a crime defined by any law defining attempted aggravated rape; . . ." the legislature must have intended that charged refers to the time of booking of the arrested person and not to the time defendant was formally accused by grand jury indictment or information.[1] (Emphasis added.) Accordingly, I respectfully dissent.
[1] La. Code Crim.P. art. 383 provides in pertinent part: "An indictment is a written accusation of a crime made by a grand jury." Article 384 provides in pertinent part: "An information is a written accusation of crime made by the district attorney and signed by him."